P, II odC

Med

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



02 1M           $ 00.2℉
0004279596      DEC
MAILED FROM ZIP CODE 78701

12/19/2014

Gluck, Andrei        Tr. Ct. No. W03-51313-W(B)        WR-81,148-02

CCA No.

This Court is in receipt of "MOTION FOR EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW AFTER HEARING." An extension of 60 days has been granted.

Abel Acosta, Clerk

ANDREI GLUCK

NIXIE        750    4E 1270        2201/02/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711230868      *0434-01837-02-38

JAVRS3B  7515⁹